IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| JEAN MURRAY, | ) | Civil Action No. 5:19-cv-01795-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT MOTION TO AMEND** |
| | ) | **SCHEDULING ORDER** |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Pursuant to Local Civil Rule 6.01 the plaintiff and defendant move for an Order amending the Scheduling Order to extend deadlines. Last year Judge Mary Lewis issued a Conference and Scheduling Order [Entry No. 9] and thereafter Judge Lewis stayed this case pending resolution of the plaintiff's motion to remand. [Entry 16] While this motion was pending this case was transferred from Judge Lewis to Judge Lydon. Judge Lydon issued an Order March 31, 2020 denying the Plaintiff's Motion to Remand. [Entry No. 25] Further complicating matters, the Coronavirus and the need for social distancing has delayed the normal operation of discovery and terms of Court. For these reasons, the plaintiff and defendant jointly request an Amended Scheduling Order. Deadlines in the original Scheduling Order of Judge Lewis have not been previously extended.

2

| WE SO MOVE AND CONSENT: | WE SO MOVE AND CONSENT: |
|---|---|

NESS & JETT, LLC

s/ Adam C. Ness
Adam C. Ness
Federal Bar No. 11673
Post Office Box 909
Bamberg, SC 29003
P: 803-245-5178
E-Mail: adamcness@gmail.com

and

BAMBERG LEGAL, LLC
Justin T. Bamberg
Federal Bar No. 11636
104 Bridge Street
Bamberg, SC 29003
P: 803-956-5088
E-Mail: jbamberg@bamberglegal.com

*Counsel for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH LLP

s/Charles R. Norris
Charles R. Norris
Federal Bar No. 2549
E-Mail: charles.norris@nelsonmullins.com
Robert W. Whelan
Federal Bar No. 9242
E-Mail: robert.whelan@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

*Counsel for Defendant*

2